IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LINDA CARROLL NABORS | § | |
| v. | § | CIVIL ACTION NO. 6:08cv490 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The [Report and Recommendation](#) of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the above-entitled case be dismissed with prejudice. No written objections have been filed. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled case is hereby **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

**SIGNED** this 12th day of April, 2010.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE